**FILED**

03/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0571

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0571

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JEFFERY ALLEN WESTFALL,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 25, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 21 2022